FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 22 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>ANTONIO RUIZ-CAMPOS,<br><br>    Defendant - Appellant. | No. 07-30318<br><br>D.C. No. CR-07-05051-FDB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Franklin D. Burgess, District Judge, Presiding

Submitted May 25, 2010[**]

Before:  CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

  Antonio Ruiz-Campos appeals from his guilty-plea conviction and 84-month

sentence for conspiracy to distribute cocaine base and distribution of cocaine base,

in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). Pursuant to *Anders v.*

---

  [*]  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

  [**]  The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Ruiz-Campos' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.